UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STUART GREGOIRE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 09-246-B-W |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 12, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be AFFIRMED in part and VACATED in part. Specifically, it is ORDERED that the commissioner's decision at Step 1 about the plaintiff's substantial gainful activity in 2007 and 2008 be affirmed and that the case be vacated and remanded for further consideration with respect to the period beginning after April 30, 2008.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2010